UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

              Plaintiff(s),

vs.                                    Case No.  2:87-cr-00032-FtM-33ALL

ALPHONSO KENDRICK,

              Defendant.

_____

## ORDER

    This matter comes before the Court on Motion to Seal Documents (Doc. #61) filed on May 9, 2005, by the Defendant, Alphonso Kendrick. Apparently, the Motion to Seal Documents (Doc. #61), was not served on the Plaintiff, United States of America. Consequently, there has been no responsive pleading filed.

    Accordingly, it is now

    **ORDERED, ADJUDGED,** and **DECREED:**

    Within **ELEVEN DAYS** of the date of this Order, Plaintiff shall submit a responsive pleading to the Defendant's Motion to Seal Documents (Doc. #61).

    **DONE,** and **ORDERED** in Chambers in Fort Myers, Florida, this 26th day of May, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record